UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ANTHONY LAROSA,                                                    Case No. 8:10-BK-10012-CPM

     Debtor.
_____/

LARRY HYMAN, as Chapter 7 Trustee,

     Plaintiff,

v.                                                                              Adv. Pro. No. 24-ap-00296-CPM

ANTHONY LAROSA, et. al,

     Defendants.
_____/

### SETTLEMENT COORDINATION SERVICES, LLC'S CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Settlement Coordination Services, LLC, in the above captioned action, certifies that there are no corporations, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of the Settlement Coordination Services, LLC's equity interests, and states that there are no entities to report under FRBP 7007.1.

Dated this 30th day of October, 2024.

/s/ Dana L. Robbins-Boehner
Dana L. Robbins-Boehner, Esq.
Florida Bar No. 106626
BURR & FORMAN LLP
201 North Franklin Street
Suite 3200
Tampa, Florida 33602
813.221.2626 (telephone)
813.221.7335 (facsimile)

55664228 v1

Primary Email: drobbins@burr.com
Secondary Email: mguerra@burr.com
*Attorney for Settlement Coordination Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2024, a true and correct copy of the foregoing

has been served through the CM/ECF system to all registered CM/ECF recipients.

*/s/ Dana L. Robbins-Boehner*
Dana L. Robbins-Boehner, Esq.