# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ANTHONY LAROSA, | Case No. 8:10-bk-10012-CPM |
| Debtor. _____/ | |
| LARRY HYMAN, as Chapter 7 Trustee, | Adv. Pro. No. 8:24-ap-00296-CPM |
| Plaintiff, | |
| v. | |
| ANTHONY LAROSA, ANDRUS WAGSTAFF, PC as Round Up Litigation Counsel for Anthony LaRosa, LAWRENCE GROUP LP as Round Up Litigation Co-Counsel for Anthony LaRosa, and SETTLEMENT COORDINATION SERVICES, LLC a coordinator of Round Up settlement. | |
| Defendants. _____/ | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, undersigned counsel for defendant Andrus Wagstaff, PC. ("Defendant"), in the above captioned adversary proceeding, certifies that there are no entities to report which directly or indirectly own 10% or more of any class of equity interests in Defendant.

Dated: November 1, 2024

Respectfully submitted,

**SHUTTS & BOWEN LLP**
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Phone: 305-358-6300
Email: hkoroglu@shutts.com
*Attorneys for Andrus Wagstaff PC*

/s/ *Harris J. Koroglu*
Harris J. Koroglu, Esq.
Florida Bar No. 32597

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on November 1, 2024.

/s/ *Harris J. Koroglu*
Harris J. Koroglu
Florida Bar No. 32597

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Angelina E. Lim, Esq., angelinal@jpfirm.com
Robert V. Potter, Esq., bobp@jpfirm.com
Dana L. Robbins-Boehner, Esq., drobbins@burr.com; mguerra@burr.com

**Manual Notice List**

Anthony LaRosa
6136 Saragossa Avenue
New Port Richey, FL 34653