UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ANTHONY LAROSA,                                Case No. 8:10-bk-10012-CPM

    Debtor.
_____/

LARRY HYMAN, as Chapter 7 Trustee,         Adversary Proceeding No. 24-ap- 296-CPM

    Plaintiff,
vs.

ANTHONY LAROSA,
ANDRUS WAGSTAFF, PC as
Round Up Litigation Counsel for Anthony LaRosa,
LAWRENCE GROUP LP as
Round Up Litigation Co-Counsel for Anthony LaRosa,
and SETTLEMENT COORDINATION SERVICES, LLC
as coordinator of Round Up settlement.

    Defendants.
_____/

## CHAPTER 7 TRUSTEE'S DISMISSAL OF ANTHONY LAROSA AS DEFENDANT

LARRY HYMAN, as Chapter 7 Trustee ("Plaintiff" or "Trustee") hereby dismisses ANTHONY LAROSA ("Debtor"), as defendant in this adversary proceeding, and states as follows:

1.     Pre-petition, the Debtor retained ANDRUS WAGSTAFF, PC, a law firm located in Colorado and the law firm of LAWRENCE LITIGATION GROUP, LP located in Washington, D.C. to prosecute a personal injury claim for damages due to Debtor's exposure to Monsanto's Round Up weed killer.

2. The Trustee initiated this adversary proceeding when, as initially explained to him, settlement proceeds belonging to the bankruptcy estate were disbursed instead to the Debtor, without the Trustee's knowledge.

3. During the course of discovery in this proceeding, it was discovered that it was more ambiguous as to whether the Debtor's injuries were so clearly property of the estate. Accordingly, the Trustee settled the matter globally for $5,000.

4. However, the Debtor was too ill to execute the agreement and the Motion to Approve Compromise was filed on January 3, 2025, pursuant to the Court's negative notice procedures, without the Debtor's signature (Doc. No. 52 in the main case) ("Motion to Approve Compromise").

5. It is not evident when and whether the Debtor would be well enough to execute the documents, so, in an effort to streamline this process, the Trustee has determined that the Debtor should be dismissed, once the Court grants the Trustee's Motion to Approve Compromise.

**WHEREFORE**, the Trustee seeks dismissal of the Debtor as Defendant once the Order granting the Motion to Approved Compromise is entered.

/s/ Angelina E. Lim
Angelina E. Lim; FBN: 0158313
angelinal@jpfirm.com
Robert V. Potter, FBN: 0363006
bobp@jpfirm.com
Johnson, Pope, Bokor, Ruppel & Burns, LLP
400 North Ashley Drive, Suite 3100
Tampa, FL  33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118
Counsel for Larry Hyman, Chapter 7 Trustee

3

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on January 3, 2025, a true and correct copy of the foregoing has been served electronically on the CM/ECF participants and via email to Harris J. Koroglu, Counsel to Andrus Wagstaff and Lawrence Litigation Group (HKoroglu@shutts.com).

    /s/ Angelina E. Lim
    Angelina E. Lim

(10352884.1)