ORDERED.

Dated:  February 11, 2025

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ANTHONY LAROSA,                                             Case No. 8:10-bk-10012-CPM

    Debtor.
_____/

LARRY HYMAN, as Chapter 7 Trustee,          Adv. Proc. No. 24-ap- 296-CPM

    Plaintiff,

vs.

ANTHONY LAROSA, ANDRUS WAGSTAFF, PC as
Round Up Litigation Counsel for Anthony LaRosa,
LAWRENCE GROUP LP  as Round Up Litigation Co-
Counsel for Anthony LaRosa, and SETTLEMENT
COORDINATION SERVICES, LLC as coordinator of
Round Up settlement.

    Defendants.
_____/

**ORDER REGARDING CHAPTER 7 TRUSTEE'S MOTION
TO DISMISS ANTHONY LAROSA**
(Doc. No. 19)

    This Case came up for consideration for a pretrial/status conference on January 6, 2025, and for consideration of the Chapter 7 Trustee's Dismissal of Anthony Larosa as Defendant (Dkt.

19) subject to approval of the Chapter 7 Trustee's Motion to Approve Compromise (Dkt. 18). The Court, having reviewed the notice, the record and heard argument of counsel, and being otherwise fully advised in the premises, finds that:

    a.    The Chapter 7 Trustee's Motion to Approve Compromise (Dkt. 18) is filed pursuant to the negative notice procedures set forth in Rule 2002-4 of the Local Rules of the Bankruptcy Court of the Middle District of Florida.

    b.    As part of the compromise the Chapter 7 Trustee has agreed to dismiss Anthony Larosa and this entire adversary proceeding subject to approval of the compromise.

Accordingly, it is **ORDERED** that:

    1.    Final consideration of Chapter 7 Trustee's Dismissal of Anthony Larosa as Defendant (Dkt. 19) will occur as part of the court's consideration of Chapter 7 Trustee's Motion to Approve Compromise (Dkt. 18).

###

> Attorney, Angelina E. Lim, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.

10359345.1