UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ANTHONY LAROSA,                                     Case No. 8:10-bk-10012-CPM

    Debtor.
_____/

LARRY HYMAN, as Chapter 7 Trustee,

    Plaintiff,

vs.                                                 Adv. Proc. No. 24-ap- 296-CPM

ANTHONY LAROSA,
ANDRUS WAGSTAFF, PC as
Round Up Litigation Counsel for Anthony LaRosa,
LAWRENCE GROUP LP  as
Round Up Litigation Co-Counsel for Anthony LaRosa,
and SETTLEMENT COORDINATION SERVICES, LLC
as coordinator of Round Up settlement.

    Defendants.
_____/

### PLAINTIFF'S MOTION TO DISMISS ADVERSARY PROCEEDING BASED ON COURT APPROVED SETTLEMENT AGREEMENT
(Doc. No. 53 in the Main Bankruptcy Case)

This Proceeding came on for consideration upon the Order Approving Compromise (Doc. No. 53 in the main Bankruptcy Case), entered on January 30, 2025 ("Order Approving Compromise").  Pursuant to the Order Approving Compromise, the Plaintiff is obligated to dismiss this Adversary Proceeding within ten days from his receipt of the settlement proceeds.  The Plaintiff received the funds on March 17, 2025, and the funds cleared the bank on March 27, 2025.  Accordingly, the Plaintiff seeks dismissal of this Proceeding, with prejudice.

     /s/ Angelina E. Lim
Angelina E. Lim; FBN: 0158313
AngelinaL@JPFirm.com
Johnson, Pope, Bokor, Ruppel & Burns, LLP
400 North Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone: (813) 225-2500 Facsimile: (813) 223-7118
Counsel for Plaintiff, Larry Hyman

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 24, 2025, a true and correct copy of the foregoing has been served via U.S. mail on all creditors (see attached Matrix) and Debtor's Counsel, Ana V DeVilliers, Esq., Office of the Chapter 13 Trustee, PO Box 3450, Winter Park, FL 32790-3450 and electronically on the CM/ECF participants (indicated on the attached Matrix with a "+" symbol), including the US Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602 and Defendants' Counsel, Harris J Koroglu, Esq., Shutts & Bowen LLP, 200 S. Biscayne Blvd., Suite 4100, Miami, FL 33131-2362.

     /s/ Angelina E. Lim
Angelina E. Lim

10645807.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:24-ap-00296-CPM<br>Middle District of Florida<br>Tampa<br>Thu Apr 24 11:30:43 EDT 2025 | Andrus Wagstaff<br>7171 West Alaska Drive<br>Lakewood, CO 80226-3216 | Larry Hyman, as Chapter 7 Trustee<br>307 S. Boulevard<br>Suite B<br>Tampa, FL 33606-2177 |
| Anthony LaRosa<br>6136 Saragossa Ave<br>New Port Richey, FL 34653-4153 | Lawrence Group LP<br>1250 Connecticut Avenue, N.W.<br>Suite 200<br>Washingon, DC 20036-2643 | Angelina E Lim +<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive<br>Suite 3100<br>Tampa, FL 33602-4337 |
| Harris J Koroglu +<br>Shutts & Bowen LLP<br>200 South Biscayne Blvd., Ste. 4100<br>Miami, FL 33131-2362 | Robert V Potter +<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>311 Park Place Blvd., #300<br>Clearwater, FL 33759-3994 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Catherine Peek McEwen
Tampa

End of Label Matrix
Mailable recipients    8
Bypassed recipients    1
Total                  9