ORDERED.

Dated:  May 23, 2025

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ANTHONY LAROSA,                                          Case No. 8:10-bk-10012-CPM

    Debtor.
_____/

LARRY HYMAN, as Chapter 7 Trustee,

    Plaintiff,

vs.                                                      Adv. Proc. No. 24-ap- 296-CPM

ANTHONY LAROSA,
ANDRUS WAGSTAFF, PC as
Round Up Litigation Counsel for Anthony LaRosa,
LAWRENCE GROUP LP  as
Round Up Litigation Co-Counsel for Anthony LaRosa,
and SETTLEMENT COORDINATION SERVICES, LLC
as coordinator of Round Up settlement.

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ADVERSARY
PROCEEDING BASED ON COURT APPROVED SETTLEMENT AGREEMENT**
(Doc. No. 22 and Doc. No. 53 in the Main Bankruptcy Case)

This Proceeding came on for consideration on the Plaintiff's Motion to Dismiss Adversary Proceeding Based on Court Approved Settlement Agreement (Doc. No. 22) ("Motion"). The Court having considered the Motion and the record herein, finds cause to grant the Motion. Accordingly, it is—

**ORDERED** that the Motion is **GRANTED** and this Adversary Proceeding is dismissed with prejudice.

####

Attorney, Angelina E. Lim, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.

(10748865.1)